# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALFRED V. BROOKS,** | : | |
| Plaintiff, | : | |
| vs. | : | CA 08-0073-C |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social Security,** | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that plaintiff be awarded attorney's fees in the amount of $3,971.36 under the Equal Access to Justice Act, representing compensation for 22.7 hours of service by Margaret A. Stone, Esquire, at the cost-of-living-adjusted rate of $174.95 an hour.

**DONE** this the 20th day of May, 2009.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE